AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☑ Original ❒ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

FILED
United States District Court
Albuquerque, New Mexico
Mitchell R. Elfers
Clerk of Court

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
4260 Russel CT NE Rio Rancho, New Mexico 87124 and Person of Asa SHAW (DOB: XX-XX-1981)

Case No. **25mr567**

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ______ District of New Mexico *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before 4/14/2025 *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m. ❒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ______________________ .
*(United States Magistrate Judge)*

❒ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

❒ for _____ days *(not to exceed 30)* ❒ until, the facts justifying, the later specific date of ______________ .

Date and time issued: 3/31/2025 @ 1:15 pm

*Judge's signature*

City and state: Albuquerque, NM

Steven C. Yarbrough, US Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 25 MR 567 | Date and time warrant executed: 4/10/2025 11:00 A.M | Copy of warrant and inventory left with: Asa Shaw at residence |
|---|---|---|

Inventory made in the presence of : SA Brenton Hutson

Inventory of the property taken and name(s) of any person(s) seized:

See attachments

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/10/2025

[signature]

*Executing officer's signature*

Special Agent Allison Garcia

*Printed name and title*

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Receipt for Property and Other Items

| Page 2 of 4 | Case/Inspection Number | Case/Inspection Title | Office |
|---|---|---|---|
| | | | ATF ABQ |

| Taken from: *(name, title, address, if appropriate)* | Recipient: *(name, title, address, if appropriate)* |
|---|---|
| Asa Shaw 4620 Russel Ct NE Rio Rancho NM | ATF |
| **Location of Transfer or Seizure** | **Basis for Transfer or Seizure of Items:** |
| | Search Warrant |

| Amount or Quantity | Description of Item(s) |
|---|---|
| 1 | Frame / Receiver / Grip |
| | Ammunition, assorted from bedroom |
| | 2 cameras, 1 ring doorbell, 4 batteries |
| 1 | Rifle Uzi Model A SN: SA24912 |
| 1 | Shotgun Retay 12 gauge SN: TS87015 |
| 1 | Rifle Saiga 7.62 SN: X12101697 |
| 1 | Rifle NDS-3 Importer: DC Industries SN: 300696' |
| 1 | Laptop ASUS with charger |
| | Plastic bin of tools + parts from South wall scr |
| 9 | Suspected Supressors in wooden crate |
| 3 | Diagrams drawn of suspected firearms + components |
| 1 | Firearm, AK Style SN: BE 0544 |
| 1 | Tan + black reciever |
| 1 | Receiver HM Defense HM-15 SN: HM006057 |
| 1 | Black trigger |
| 1 | Western Digital Hard Drive |
| 1 | Receiver Childers Guns AM14945 |
| 8 | Receivers unmarked |
| 1 | Gigaware Hard Drive |

I hereby acknowledge receipt of the above item(s) into my custody.

| Received by: *(signature)* | | | Date |
|---|---|---|---|
| **Transferred by:** *(signature, if appropriate)* | **Date** | **Witnessed by:** *(signature)* | **Date** |

ATF Form 3400. 23
Revised March 2005

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Receipt for Property and Other Items

| Page 3 of 4 | Case/Inspection Number | Case/Inspection Title | Office: ATF ABQ |
|---|---|---|---|

| Taken from: *(name, title, address, if appropriate)* | Recipient: *(name, title, address, if appropriate)* |
|---|---|
| Asa Shaw 4620 Russel Ct NE Rio Rancho NM | ATF |
| **Location of Transfer or Seizure** | **Basis for Transfer or Seizure of Items:** |
| | Search Warrant |

| Amount or Quantity | Description of Item(s) |
|---|---|
| | Bulldog customer tags |
| 1 | round of suspected armor piercing ammo |
| 1 | Rifle, unknown make SN: 352887 |
| 1 | Notebook, black with red 22 zia symbol |
| 1 | Receiver SN: 9992312 |
| | Documents: notepad with schematics, Stamps.com |
| | envelope for Premier Tactical, list of bills, Midwest |
| | Industries instructions |
| | Black box w/red lid filled with misc parts |
| 2 | Black box of misc parts |
| 1 | Machinegun 1919-AS |
| 1 | Receiver Ingels Bren MK2 LOT3271 |
| 1 | Pistol Jimenez JA-9 SN: 053838 |
| | Assorted Ammunition from garage |
| 1 | Flash drive from red Craftsman toolbox |
| 1 | Receiver gold color |
| 1 | possible machinegun conversion device |
| 1 | Computer tower with power cord + USB dongle/d |
| | Machinegun conversion manuals |

I hereby acknowledge receipt of the above item(s) into my custody.

| Received by: *(signature)* | | | Date |
|---|---|---|---|
| **Transferred by:** *(signature, if appropriate)* | **Date** | **Witnessed by:** *(signature)* | **Date** |
| | | | |

ATF Form 3400. 23
Revised March 2005

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Receipt for Property and Other Items

| Page 4 of 4 | Case/Inspection Number | Case/Inspection Title | Office |
|---|---|---|---|
| | | | ATF ABQ |

| Taken from: *(name, title, address, if appropriate)* | Recipient: *(name, title, address, if appropriate)* |
|---|---|
| Asa Shaw 4620 Russel Ct NE Rio Rancho NM | ATF |
| **Location of Transfer or Seizure** | **Basis for Transfer or Seizure of Items:** |
| | Search Warrant |

| Amount or Quantity | Description of Item(s) |
|---|---|
| 1 | LG tablet black |
| | Insurance documents |
| 1 | M-16 drilling jig |
| | ABQ Guns private transfer doc to Daniel Trujillo |
| | Bin of Cerakote bottles |
| 1 | Drill press |
| 1 | CNC machine / dolly |
| | NOTHING FOLLOWS |

I hereby acknowledge receipt of the above item(s) into my custody.

| Received by: *(signature)* | | | Date |
|---|---|---|---|
| **Transferred by:** *(signature, if appropriate)* | **Date** | **Witnessed by:** *(signature)* | **Date** |

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Receipt for Property and Other Items

| Page 1 of 4 | Case/Inspection Number: AW | Case/Inspection Title: | Office: ATF ABQ |
|---|---|---|---|

| Taken from: *(name, title, address, if appropriate)* | Recipient: *(name, title, address, if appropriate)* |
|---|---|
| Asa Shaw 4620 Russel Ct. NE Rio Rancho NM | ATF |
| **Location of Transfer or Seizure** | **Basis for Transfer or Seizure of Items:** |
| | Search Warrant |

| Amount or Quantity | Description of Item(s) |
|---|---|
| 1 | Pistol Glock 19 SN: CBEH367 |
| | Tan Holster, magazine loaded with 15 rounds |
| 1 | Lower Receiver Odin Works OW-15 SN: OW2200401 |
| | Black Philips case with 6 SD cards + thumbdrive |
| | Notebook, black with Magpul sticker inside cove |
| 1 | Rifle Bobcat BW-5 |
| 1 | Shotgun Remington 12 gauge |
| 1 | Rifle Arrow Precision JOD-M4 SN: JODM400610 |
| 10 | 12 gauge shotgun shells |
| 1 | Rifle Arrow Precision X15 SN: X522439 |
| 1 | Rifle CMMG MOD 4SA SN: SA09448 |
| 1 | Shotgun Mossberg SN: MV0659119 |
| | Cell phone with grey Spec case |
| 1 | Flash Drive, Black Fuji Film |
| | Plastic box of suspected machinegun conversion |
| | devices and parts |
| 1 | Drum magazine |
| 1 | Machinegun (suspected) Possibly M42 style in blac case |
| 1 | Frame/Receiver AK-47 Style Norinco AKM-47S SN: M850154 |

I hereby acknowledge receipt of the above item(s) into my custody.

| Received by: *(signature)* | | | Date |
|---|---|---|---|
| **Transferred by:** *(signature, if appropriate)* | **Date** | **Witnessed by:** *(signature)* | **Date** |
| | | | |

ATF Form 3400. 23
Revised March 2005

**ATTACHMENT A**

*Property to be searched*

The property to be searched is 4260 Russel Ct. NE Rio Rancho, NM 87124, hereinafter the “PREMISES,” further described as a white house with brown trim and an attached garage. The numbers “4260” are affixed in black on the front of the house facing Russel Ct. A photograph of the PREMISES is included below:



The search of the above PREMISES shall include the search of the entire residence, all attached and unattached garages and storage areas/containers (including mailboxes and trash cans) on the PREMISES, all persons located on the PREMISES in or on which the items to be seized could be concealed, and all vehicles parked at, or in front of, the PREMISES that have an apparent connection to the PREMISES and/or to Asa SHAW. The search shall specifically

include the person of SHAW, and the vehicle described below, if they are present at the PREMISES at the time of the search.

*Person to be searched: Asa SHAW*

Asa SHAW is a white male with green eyes, approximately 5'9" and approximately 190 pounds. Two photographs of SHAW are included below:




*Vehicles to be searched*

The search of the above PREMISES shall include a black Hyundai Palisade bearing New Mexico license plate BPHZ61. SHAW was seen departing the PREMISES on multiple occasions in this vehicle. The search of the above PREMISES shall also include a 2022 Gray Nissan Sentra bearing New Mexico license plate 573WYF. This vehicle is registered to SHAW at the PREMISES.

# ATTACHMENT B

*Property to be seized*

All records, information, and evidence relating to violations of 18 U.S.C. § 933, that being trafficking in firearms, and 18 U.S.C. § 922(a)(1)(A), that being dealing and manufacturing of firearms without a license, involving Asa SHAW, including:

1. Firearms and ammunition, including but not limited to handguns, rifles, shotguns, receivers, and automatic weapons.
2. Firearms components, parts, and tools that may be used to manufacture firearms.
3. Large amounts of currency, financial instruments, precious metals, jewelry, and other items of value and/or proceeds of transactions.
4. Telephone and address books or notes containing telephone numbers and addresses of co-conspirators.
5. Telephone toll records for homes and/or businesses owned or controlled by suspected co-conspirators, or other communication devices used by them and/or their trafficking associates.
6. Messages, notes, correspondence, and/or communications between trafficking associates.
7. Indications of ownership or residency of the PREMISES and/or other premises used in unlawful trafficking or unlicensed dealing activity, including but not limited to, utility bills, cancelled checks, or envelopes and deeds or leases.
8. Indications of ownership or use over any vehicles located at the place to be searched, including but not limited to, titles, registrations, gas receipts, repair bills and keys belonging to that vehicle.

9. Records, receipts, bank statements and records, money drafts, tax documents, letters of credit, money orders and cashier's checks received, passbooks, bank checks, safe deposit box keys, vault keys, safes and other items evidencing the obtaining, secreting and/or concealment, and or expenditures of money.
10. Any and all financial or other instruments evidencing placement of assets in the names other than the names of the traffickers themselves.
11. Books, records, receipts, diaries, notes, ledgers, airline tickets, cashier's checks, money orders and other papers relating to the transportation, ordering, sale and distribution of firearms or firearm parts and accessories.
12. Digital video surveillance systems, including the associated storage media.
13. Any and all computers, digital media, and storage media that reasonably appear to contain some or all of the records, information, and/or evidence described in Attachment B.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer, digital media, or storage media; any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

The term "digital media" includes personal digital assistants (PDAs), smartphones, tablets, BlackBerry devices, iPhones, iPods, iPads, digital cameras, and cellular telephones.

The term "storage media" includes any physical object upon which electronic data can be recorded, such as hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media or digital medium.

The term “computer” includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, smartphones, tablets, server computers, and network hardware.

This warrant authorizes a review of all electronic media seized pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The warrant also authorizes a review of all electronic media for evidence of who used, owned, or controlled the electronic media at the time the things described in this warrant were created, edited, or deleted. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, law enforcement may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

During the execution of the search of the PREMISES described in Attachment A, law enforcement personnel are authorized to (1) press or swipe the fingers (including thumbs) of any individual who is found at the PREMISES and reasonably believed by law enforcement to be a user of a device found at the premises, to the fingerprint scanner of the device; (2) hold a device found at the PREMISES in front of the face those same individuals and activate the facial recognition feature, for the purpose of attempting to unlock the device in order to search the contents as authorized by this warrant.